**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL ACTION NO. 5:25-57-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CURTIS DEMETRIUS THOMPSON** | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. (R. 39.) The Recommendation instructed the parties to file any specific objections within three days after being served with the decision or else waive the right to further review. (*Id.*) Neither party has objected, and the time to do so has now passed.

Upon review, the Court is satisfied that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 39) and ACCEPTS the Defendant's guilty plea.

2) Defendant Curtis Demetrius Thompson is ADJUDGED guilty of Counts 1 and 2 of the Indictment.

3) Defendant Curtis Demetius Thompson's interest in the property listed in the forfeiture allegation of the Indictment is FORFEITED.

This 25th day of March, 2026.



Signed By:

*Karen K. Caldwell*

**United States District Judge**